## The People of the State of Illinois, Defendant in Error, v. Louis Berger, Plaintiff in Error.

### Gen. No. 6,493.   (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1917. Reversed. Opinion filed April 25, 1918.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Louis Berger, defendant, for the illegal sale of intoxicating liquor. From a judgment against him, defendant brings error.

S. H. BLOCK and E. V. ORVIS, for plaintiff in error.

JAMES G. WELCH, for defendant in error.

PER CURIAM.

### Abstract of the Decision.

1. INDICTMENT AND INFORMATION—*when verification to information insufficient.* A verification to an information based on information and belief is insufficient.

2. CRIMINAL LAW, § 595*—*when judgment reversed for lack of proper verification of information.* Where the defendant in a criminal case makes a motion to quash the information for lack of proper verification and later makes a motion in arrest of judgment, and these motions are denied, the question is raised in the court below, and where such rulings are assigned for error and the State does not answer the contention that the whole proceeding is void, the judgment will be reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.